

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2014

No. 04-14-00826-CV

Victor **VALDEZ**,
Appellant

v.

Denette **BUENROSTRO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15059
Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order signed November 7, 2014. It appears appellant timely filed his notice of appeal on November 26, 2014. Accordingly, the clerk's record was due ten days later on December 6, 2014, but because the sixth was a Saturday, the record was due December 8, 2014. *See* TEX. R. APP. P. 26.1(b), 35.1(b). On December 11, 2014, the clerk filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

Accordingly, we **ORDER** appellant Victor Valdez to provide written proof to this court on or before **December 22, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

We **order** the clerk of this court to serve copies of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court